IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02888-MSK-MEH

DANVIS S. SMITH,

      Plaintiff,

v.

AETNA LIFE INSURANCE COMPANY,

      Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 26, 2013.**

Defendant's Motion for Protective Order [filed December 23, 2013; docket #25] is **granted**. Pursuant to Fed. R. Civ. P. 26(d)(1), "[a] party may not seek discovery from any source before the parties have conferred as required by Rule 26(f) ...." The Plaintiff does not dispute that the Rule 26(f) conference occurred on December 9, 2013. Accordingly, the Plaintiff's First Request for Discovery Items submitted on November 23, 2013 (*see* docket #20) is **stricken**. The Plaintiff may re-submit any requests for discovery now that the parties have conferred under Rule 26(f).

In light of this order, Plaintiff's Motion for the Court to Require Defendant's Full Disclosure per Discovery Rules [filed December 24, 2013; docket #28] is **denied**.

Furthermore, Plaintiff's Motion to Strike [filed December 24, 2013; docket #27] fails to comply with D.C. Colo. LCivR 7.1(c) by failing to "state under which rule or statute it is filed." To the extent it is filed under any rule other than Fed. R. Civ. P. 12 or 56, the Plaintiff has failed to comply with D.C. Colo. LCivR 7.1(a). However, to the extent that the motion is filed pursuant to Rule 12(f), the Plaintiff fails to identify which "pleading" contains the term "altercation." *See* Fed. R. Civ. P. 12(f). Importantly, the Court notes that the Defendant has filed no pleadings in this case to date. *See* Fed. R. Civ. P. 7. Therefore, the motion is **denied**.