IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02888-MSK-MEH

DANVIS S. SMITH,

      Plaintiff,

v.

AETNA LIFE INSURANCE COMPANY,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 21, 2014.**

      Before the Court is Plaintiff's Motion to Accept Late Response [filed January 17, 2014; docket #43]. Due to the filing of a non-compliant motion, the Plaintiff was informed by this Court on November 22, 2013 that the Court would strike or deny without prejudice any motion failing to comply with D.C. Colo. LCivR 7.1(a), which states,

> Before filing a motion, counsel for the moving party or an unrepresented party shall confer or make reasonable good faith efforts to confer with any opposing counsel or unrepresented party to resolve any disputed matter. The moving party shall describe in the motion, or in a certificate attached to the motion, the specific efforts to fulfill this duty.

The present motion contains no certificate nor any text in the motion describing this Plaintiff's efforts to confer with opposing counsel in compliance with Rule 7.1(a); accordingly, the motion is **denied without prejudice.**

      The Court reminds the parties of their continuing obligations to comply fully with D.C. Colo. LCivR 7.1(a). *See Hoelzel v. First Select Corp.*, 214 F.R.D. 634, 636 (D. Colo. 2003) (because Rule 7.1A requires meaningful negotiations by the parties, the rule is not satisfied by one party sending the other party a single email, letter or voicemail) (emphasis added).