IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02888-MSK-MEH

DANVIS S. SMITH,

    Plaintiff,

v.

AETNA LIFE INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 31, 2014.**

    Defendant's Motion for Leave to Allow Telephonic Attendance at Early Neutral Evaluation [filed January 29, 2014; docket #47] is **granted** as follows. Counsel for Defendant shall ensure that the client representative is available by telephone throughout the entirety of the Early Neutral Evaluation. As a cautionary note, however, if the lack of physical presence of such a person becomes a hindrance to the progress of settlement negotiations (if any), the conference may be recessed and re-convened at a time when the representative can be present, and costs of the recessed conference may be assessed against the Defendant.